**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**DEANDRE DAVIS**                                                           **PETITIONER**

**v.**                                                               **No. 2:05CV194-P-A**

**STATE OF MISSISSIPPI, ET AL.**                                        **RESPONDENTS**

## ORDER

In accordance with the memorandum opinion issued today in this cause, the deadline for the petitioner to amend the instant petition for a writ of *habeas corpus* to exclude any unexhausted grounds is thirty days from the date of this order. Should the petitioner fail to so amend his petition, it shall be dismissed for failure to exhaust state remedies.

**SO ORDERED,** this the 17th day of March, 2006.

                                                                                           /s/ W. Allen Pepper, Jr.
                                                                                          W. ALLEN PEPPER, JR.
                                                                                          UNITED STATES DISTRICT JUDGE