**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**DEANDRE DAVIS** **PETITIONER**

**v.** **No. 2:05CV194-P-A**

**STATE OF MISSISSIPPI, ET AL.** **RESPONDENTS**

## ORDER

In accordance with the memorandum opinion issued today in this cause, the petitioner's February 2, 2006, motion to stay the instant case and hold it in abeyance is hereby **DENIED.**

**SO ORDERED,** this the 17th day of March, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE