**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**DEANDRE DAVIS (# L5309)**                                                   **PETITIONER**

**v.**                    **No. 2:05CV194-P-A**

**STATE OF MISSISSIPPI, ET AL.**                                       **RESPONDENTS**

### FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice.

**SO ORDERED,** this the 2nd day of July, 2007.

                                                             /s/ W. Allen Pepper, Jr.
                                                             W. ALLEN PEPPER, JR.
                                                             UNITED STATES DISTRICT JUDGE